IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:24-cv-12717-RGS |
| ) | |
| v. ) | Judge Richard G. Stearns |
| ) | |
| BRIAN P. BARTLETT; and ) | |
| HSBC BANK USA, N.A., ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

### DEFAULT JUDGMENT AGAINST BRIAN P. BARTLETT

Upon the Plaintiff United States' motion for default judgment against Defendant Brian P. Bartlett, and in accordance with Federal Rule of Civil Procedure 55(b)(2), **IT IS HEREBY ORDERED, ADJUDGED, and DECREED**, as follows:

1. Judgment is entered in favor of the Plaintiff United States of America and against Defendant Brian P. Bartlett for unpaid federal income taxes, penalties, and interest for the tax years ending December 31, 2005, 2008, 2010, 2014, 2016, 2020, and 2021, in the amount of $145,942.27, plus statutory additions from and after February 11, 2025, including interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c), until the judgment is satisfied.

2. Judgment is entered in favor of the Plaintiff United States and against the Defendant Brian P. Bartlett, finding and ruling that the United States holds valid and subsisting federal tax liens, pursuant to 26 U.S.C. §§ 6321 and 6322, securing the liabilities described

-2-

above upon the real property located at 41 North Street, Andover, Massachusetts 01810, which is more particularly described as follows:

> Lot 12 on a plan entitled, "Plan of Mr. Joseph Gleeson, Andover, MA." dated April 1, 1942, Charles E. Cyr, C.E. Lawrence, MA." bounded and described as follows:
>
> | | |
> |---|---|
> | NORTHERLY | 110 Feet by Lot 11 as shown on said plan; |
> | EASTERLY | 94 feet, more or less, by land now or formerly of Warren Abbott; |
> | SOUTHERLY | 90.75 feet by a wall as shown on said plan at land now or formerly of one Bateman; |
> | WESTERLY | by the easterly line of North Street as shown on said plan, 79 feet by chord as shown on said plan. |
>
> Containing 8,375 square feet, more or less.

Being the same premises conveyed to Kenneth H. Rouselle, Trustee of the Kenneth H. Rousselle Revocable Trust u/d/t November 8, 1996, recorded Essex North Registry of Deeds, book 4648, Page 60.

Kenneth H. Rousselle died April 17, 2000, (Essex Probate No. 00P142EP1).

Executed as a sealed instrument this 19th day of January, 2001.

Meaning to describe the property conveyed to Brian P. Bartlett by quitclaim deed of Jane Richards, Executrix and Successor-Co-Trustee, and Kenneth A. Rousselle, Successor-Co-Trustee, dated January 19, 2001, and recorded with the Essex County Registry of Deeds at Book 5983, Page 44, on January 19, 2001.

    3.    Judgment is entered in favor of the Plaintiff United States and against the Defendant Brian P. Bartlett that the United States is entitled to enforce its liens against such property and to sell such property, free and clear of any rights, titles, claims, liens, and interests of the parties to this action, with no right of redemption and with the proceeds of the sale to be distributed in accordance with law, pursuant to a final judgment to be entered by this Court.

-3-

4.  The proceeds of any sale of the property shall be distributed pursuant to further order of the Court.

**JUDGMENT TO THE UNITED STATES AS STATED HEREIN.**

Dated: 2-27-25 .

/s/ Richard G. Stearns
Hon. Richard G. Stearns
United States District Judge